Patrick Brennan, Defendant in Error, v. Ideal Heat-
ing Company, Plaintiff in Error.

Gen. No. 21,443.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. PERCY L.
PERSONS, Judge, presiding. Heard in the Branch Appellate Court
at the October term, 1915.. Reversed and remanded. Opinion filed
October 10, 1916.

### Statement of the Case.

Action by Patrick Brennan, plaintiff, against the
Ideal Heating Company, a corporation, defendant, for
the value of labor and materials used by the plaintiff
in making alterations and additions to a hot water
heating plant installed for the plaintiff by the defend-
ant. To review a judgment for plaintiff, defendant
prosecutes a writ of error.

BENSON & FITCH, for plaintiff in error.

HENRY M. HAGAN, for defendant in error.

MR. JUSTICE MCDONALD delivered the opinion of the
court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1803*—*when judgment must be reversed and
remanded for a new trial.* Where, in an action· for labor and ma-
terials furnished by the plaintiff in making alterations and addi-
tions to a hot water heating plant installed by the defendant, the
evidence showed merely the value in gross of the various items,
some of which were improperly included in the claim, *held* that a
judgment for the plaintiff must be reversed and the cause remanded
for a new trial, as the value of such items, not being known, could
not be deducted from a judgment.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.